SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 08-cv-02698-FCD-DAD |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF CONSTANCE FONG AND ORDER** |
| vs. | |
| MARK COOPER, ET. AL., | Complaint Filed:  NOVEMBER 12, 2008 |
| Defendants | **CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Constance Fong) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Constance Fong) is dismissed because this Defendant is deceased.

Dated: January 22, 2009                              /s/Scott N. Johnson_____
                                                                 SCOTT N. JOHNSON
                                                                 Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                                    CIV: S-08-02698-FCD-DAD

1    **IT IS SO ORDERED**.

2

3    Dated: January 22, 2009

         _____

4                    FRANK C. DAMRELL, JR.
                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                              CIV: S-08-02698-FCD-DAD