UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

    v.

MARK COOPER, et al.,

        Defendants.
_____/

NO. CIV.S-08-2698 FCD DAD

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    On March 4, 2009, plaintiff, Scott N. Johnson notified this court that the above matter had settled. On March 4, 2009, the court issued an Order for Dispositional Documents which required the parties to file said documents no later than March 24, 2009. On April 3, 2009 an email was sent to plaintiff, Mr. Scott N. Johnson, the only appearing counsel, from the Courtroom Deputy Clerk, inquiring as to the status of the dispositional documents. As of today's date no response has been received from the named

counsel regarding the status of the case, nor have dispositional documents been filed.

The Court considers counsel's failure to comply with its March 4, 2009, order and the non-response to the court's email inquiry of April 3, 2009, very serious violations.

The court, therefore, makes the following order:

1. Mr. Johnson is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to comply with the court's March 4, 2009 order and the court's email of April 3, 2009.

2. Counsel shall file his response to the Order to Show Cause on or before May 29, 2009.

3. A hearing on the order to show cause, if necessary, is set for June 12, 2009, at 10:00 A.M.

IT IS SO ORDERED.

DATED: April 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE